Allen Gray Clark, of Philadelphia, Pa., for appellants.

Howard M. Long, of Philadelphia, Pa., for Mincey Doll.

J. Cullen Ganey, of Bethlehem, Pa., for Augustus P. Norton.

Before MARIS, CLARK, and THOMPSON, Circuit Judges.

PER CURIAM.

Decree affirmed upon the opinion of Judge Kirkpatrick, 26 F.Supp. 258.

---

**RAILWAY MAIL ASSOCIATION v. Minnie B. SQUIRES.**

**No. 8028.**

Circuit Court of Appeals, Sixth Circuit.

Jan. 11, 1939.

Miller, Canfield, Paddock & Stone, of Detroit, Mich., for appellant.

Donald P. Kipp, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Upon reading and filing the stipulation of counsel, attached hereto and made a part hereof, it is hereby ordered that the above entitled cause shall be, and the same hereby is, dismissed, with prejudice to the rights of the plaintiff and without costs to either party.

---

**RANDS, Incorporated, v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 8189.**

Circuit Court of Appeals, Sixth Circuit.

Jan. 16, 1939.

Raymond H. Berry, of Detroit, Mich., for petitioner.

James W. Morris, of Washington, D. C., for respondent.

---

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It appearing to the court that a stipulation to docket and dismiss this appeal has been filed, accompanied by certificate of the clerk of the Board of Tax Appeals as provided by Rule 18, on consideration whereof, it is ordered that the appeal be, and it is hereby, docketed and dismissed, the costs to be charged against the Government as constructive earnings.

---

**William C. RANDS v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 8188.**

Circuit Court of Appeals, Sixth Circuit.

Jan. 16, 1939.

Raymond H. Berry, of Detroit, Mich., for petitioner.

James W. Morris, of Washington, D. C., for respondent.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It appearing to the court that a stipulation to docket and dismiss this appeal has been filed, accompanied by certificate of the clerk of the Board of Tax Appeals as provided by Rule 18, on consideration whereof, it is ordered that the appeal be, and it is hereby, docketed and dismissed, the costs to be charged against the Government as constructive earnings.

---

**In the Matter of Aaron SAPIRO, Appellant.**

**No. 179.**

Circuit Court of Appeals, Second Circuit.

Jan. 23, 1939.

Harold Stern, of New York City (Louis S. Posner and Harold Stern, both of